**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ORTEGA,<br><br>            Petitioner,<br><br>   vs.<br><br>FERNANDO GONZALEZ, WARDEN,<br><br>            Respondent. | CASE NO. CV 10-01592 SJO (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: December 8, 2011.

*S. James Otero*

---

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE