O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ORTEGA, | CASE NO. CV 10-01592 SJO (RZ) |
| Petitioner, | |
| vs. | CONDITIONAL WRIT OF HABEAS CORPUS |
| FERNANDO GONZALEZ, WARDEN | |
| Respondent. | |

Pursuant to the November 6, 2014 decision and the December 1, 2014 Mandate of the United States Court of Appeals for the Ninth Circuit, the Petition for Writ of Habeas Corpus is conditionally granted. Accordingly, IT IS ORDERED AND ADJUDGED that Petitioner shall have "90 days within which to seek a writ of mandate in the California courts, challenging the decision to try him in adult court."

DATED: January 21, 2015.

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE